COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-11-00112-CV |
| ROBERT ALLEN WHITMORE, | § | |
| | | Appeal from the |
| Appellant, | § | |
| | | 322nd District Court |
| v. | § | |
| | | of Tarrant County, Texas |
| RHONDA ANNETTE WHITMORE, | § | |
| | | (TC# 322-459547-09) |
| Appellee. | § | |

## MEMORANDUM OPINION

The clerk's record for this appeal was due on March 31, 2011. The district clerk did not file the record and notified the Second Court of Appeals that Appellant had not paid for it. On April 5, 2011, the Second Court of Appeals notified Appellant that the appeal would be dismissed unless he provided proof of payment for the clerk's record by April 20. On April 12, 2011, after the case was transferred here, the Clerk of this Court notified Appellant that the Court intended to dismiss the appeal for want of prosecution unless he could show grounds for continuing it by April 25. The notice indicated that if no response was received, the appeal could be dismissed without further notice. Appellant has not responded.

When the clerk's record is not filed because the appellant failed to pay for it, we may dismiss the appeal for want of prosecution, unless the appellant cures the deficiency or shows that he is entitled to proceed without payment of costs. TEX. R. APP. P. 37.3(b). Appellant has been notified of the deficiency, but has neither cured it nor shown his entitlement to proceed without payment of costs. Accordingly, we dismiss the appeal for want of prosecution.

GUADALUPE RIVERA, Justice

May 27, 2011

Before Chew, C.J., McClure, and Rivera, JJ.